UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SIEGEL, REILLY & CONLON, LLC | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff | : | 3:12 CV 1148 (WWE) (HBF) |
| | : | |
| v. | : | |
| | : | |
| ANGELA CVECICH | : | |
| | : | |
| Defendant | : | |

**ORDER GRANTING APPLICATION FOR ATTACHMENT
AND ORDERS PENDENTE LITE**

Upon the Application for Attachment and Orders Pendente Lite (the "Application) filed by the plaintiff, Siegel, Reilly & Conlon, LLC (the "Plaintiff"), and following due and proper notice and hearing,

IT IS HEREBY ORDRED AND ADJUDGED that:

1. There is presently an arbitration pending between the Plaintiff and the defendant, Angela Cvecich (the "Defendant") before the American Arbitration Association.

2. There is probable cause that an arbitration award in the amount of $174,167.82 or greater, taking into account any known defenses, counterclaims or set-offs, will be rendered in the matter in favor of the Plaintiff.

3. To secure such award and judgment this Court directs that the following orders be issued to secure the sum of $174,167.82:

    a. To attach sufficient property and assets of the Defendant to secure such sum, including, but not limited to, all real estate, receivables, inventory, equipment, machinery, tools, furniture, supplies and other personal property of the Defendant wherever located.

      b.      To garnish any debt due the Defendant from such other individuals, partnerships, corporations, banks or other entities as may be disclosed by the Defendant;

      c.      To attach all bank accounts of the Defendant, wherever located;

      d.      To order the Defendant to submit, on or before **September 28, 2012**, or such date as the Court may so order, to the Court and the attorney for the Plaintiff a sworn statement setting forth any and all property, real or personal, in which the Defendant has an interest and all debts owing to the Defendant; and

      e.      To order the Defendant to appear before the undersigned at the **United States District Court for the District of Connecticut at Brien McMahon Federal Building, United States Courthouse, 915 Lafayette Boulevard – Courtroom Four, Bridgeport, Connecticut 06604** then and there to be examined under oath concerning any and all property, real, personal, and/or otherwise, in which the Defendant has an interest and any and all debts due and owing the Defendant on **10:00 AM on November 2, 2012**, or such other date and time as the Court may so order. Plaintiff will provide a court reporter for the proceeding.

4.      Counsel for the Plaintiff may issue such writs of attachment as are necessary to execute and enforce this order.

ENTERED at Bridgeport this 14th day of September, 2012 .

                                                                THE COURT

                                                                _____/s/_____
                                                                Holly B. Fitzsimmons
                                                               United States Magistrate Judge